UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF INDIANA
FORT WAYNE DIVISION

THREE RIVERS ARCHERY
SUPPLY, INC., DALE KARCH,
and SANDRA KARCH,

                Plaintiffs,

v.                                               Case No.  1:12-CV-390 PPS

PARKER COMPOUND BOWS, INC.

                Defendant.

**STIPULATION OF DISMISSAL WITH PREJUDICE**

Plaintiffs, Three Rivers Archery Supply, Inc., Dale Karch, and Sandra Karch, and Defendant, Parker Compound Bows, Inc., by their respective attorneys, hereby stipulate that the above-captioned case and all claims asserted therein shall be dismissed with prejudice, each party to bear its own costs and attorneys' fees.

Dated:  August 12, 2014.

Respectfully submitted,

/s/Holly A. Brady  
Holly A. Brady, Esq. (ID #18227-02)  
Melanie L. Farr, Esq. (ID #20951-02)  
Haller & Colvin, PC  
444 East Main Street  
Fort Wayne, Indiana  46802  
Phone:  260-426-0444  
Fax:  260-422-0274  
*Attorney for Plaintiffs*

/s/Jason M. Kuchmay  
Jason M. Kuchmay, Esq. (ID #20974-02)  
Carson Boxberger, LLP  
301 W. Jefferson Blvd., Ste. 200  
Fort Wayne, Indiana  46802  
Phone:  260-423-9411  
Fax:  260-423-4329  
*Attorney for Defendant*

/s/Todd T. Taylor  
Todd T. Taylor, Esq. (ID #16531-02)  
Taylor IP  
142 South Main Street  
P. O. Box 560  
Avilla, Indiana  46710  
Fax:  260-897-9033  
*Attorney for Plaintiffs*

APPROVED and SO ORDERED by the United States District Court this ___ day of _____, 2014.  This case is dismissed with prejudice, and each party is to bear their own costs.

_____  
The Honorable Roger B. Cosbey  
United States Magistrate Judge